ACCEPTED
11-16-00324-CR
ELEVENTH COURT OF APPEALS
EASTLAND, TEXAS
7/6/2017 1:12 PM
SHERRY WILLIAMSON
CLERK

No. 11-16-00324-CR

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS

7/6/17 1:12:01 PM

~~SHERRY WILLIAMSON~~
Clerk

## IN THE COURT OF APPEALS
## FOR THE ELEVENTH DISTRICT OF TEXAS

### NATHANIEL OLIVAS

*Appellant*,

**v.**

### STATE OF TEXAS,

*Appellee*.

ON APPEAL FROM THE 161ST JUDICIAL
DISTRICT OF ECTOR COUNTY, TEXAS
CAUSE NO. B-44,614

_____

**SECOND MOTION TO EXTEND TIME TO FILE BRIEF OF APPELLANT**

_____

M. Michele Greene
State Bar Number 00789966
2833 Wildwood Ave.
Odessa, Texas 79761
Tel:  (432) 238-1255
Email:  mmg@michelegreenelaw.com

**Attorney on Appeal for Appellant**

**TO THE HONORABLE COURT OF APPEALS:**

NOW COMES **NATHANIEL OLIVAS**, Appellant herein, ("Appellant"), files this his Second Motion to Extend Time to File Brief of Appellant, and would respectfully show the Court as follows:

**1.**

This appeal involves a punishment trial that resulted in a Judgement of Conviction by Jury dated October 4, 2016. Appellant perfected his appeal by timely filing his Notice of Appeal on or about November 1, 2016.

**2.**

Appellant's brief was due to be filed on June 29, 2017.

**3.**

Since May 31, 2017, Greene has participated in the following hearings and trials:

(1) *In the Interest of N.L..R., a Child;* Cause No. 20519; In the 109th Judicial District Court of Andrews County, Texas;

(2) *In the Matter of the Guardianship of L.M.G., a Minor*; Cause No. G12746; In the County Court at Law of Midland County, Texas

(3) *In the Matter of the Guardianship of N.A.L., a Minor*; Cause No. G12745; In the County Court at Law #2 of Midland County, Texas.

(4) *In the Matter of the Guardianship of Carla Gwen Good Strasner, an Incapacitated Person*; Cause No. G1135-CCL; In the County Court at Law of Ector County, Texas.

(5)  *In re: T. Klostermann, Annuitant*; No. 11123-D; In the 350th judicial District Court of Taylor County, Texas;

(6)  *In the Interest of a Child*; Cause No. E-17,120-AD; In the 446th Judicial District Court of Ector County, Texas;

(7)  *In the Interest of J.E.D. and K.R.D.*, Cause No. B-3476-PC; In the 161st Judicial District Court of Ector County, Texas.

During the past thirty days, Greene participated in a pretrial writ of habeas corpus hearing involving double jeopardy issues in which Greene was appointed appellate counsel in the following criminal case:

*State of Texas v. Ramon Quiroga*; Cause No. C-40,472; In the 244th Judicial District Court of Ector County, Texas.

During this same time period, Greene investigated, researched, drafted, and filed a motion for new trial in the following criminal case in which she was appointed appellate counsel for the defendant five days before his notice of appeal was due to be filed:

*State of Texas v. Micah May*, Cause No. B-16-0495-CR; In the 161st Judicial District Court of Ector County, Texas.

During the past four weeks, Greene also participated in settlement negotiations in the following appeal:

*Robert Eugene Carter v. Alice Sliwicki & Enga Skiver, et al*, Case No. 08-17-00052-CV; In the Eighth Court of Appeals of El Paso, Texas.

Greene is currently in the midst of completing the appellant's brief in the following appeal:

*State of Texas v. Violet Maree Walter*; Case No. 11-17-00002-CR; In the Eleventh Court of Appeals of Eastland, Texas.

**4.**

As a result of Greene's appellate briefing schedule and hearing and trial schedule, Appellant was unable to timely file his brief in this case. Thus, this second request for an extension is not for delay but that justice may be served, and Appellant respectfully requests the Court to grant a second extension of the deadline for filing Appellant's brief until July 29, 2017.

WHEREFORE, Appellant Nathaniel Olivas prays that the Court extend the time for filing his brief until July 29, 2017.

Respectfully submitted,

**M. MICHELE GREENE**
Attorney at Law
2833 Wildwood Ave.
Odessa, Texas 79761
Tel: (432) 238-1255
Email: mmg@michelegreenelaw.com

By:   /s/ M. Michele Greene
        M. Michele Greene
        State Bar No.00789966

**Attorney for Appellant Nathaniel Olivas**

## Certificate of Compliance

In accordance with Rules 9.4(e) and (i) of the TEXAS RULES OF APPELLATE PROCEDURE, the undersigned attorney of record certifies that this Second Motion to Extend Time to File Brief contains **14-point** typeface for the body of the motion, contains **532** words, excluding those words identified as not being counted in Rule 9.4(i)(1), and was prepared on Word Perfect Version X7.

/s/ M. Michele Greene
M. Michele Greene

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing Second Motion to Extend Time to File Brief of Appellant was served electronically via efile on July 6, 2017, to:

Michael Bloch
Ector County District Attorney's Office
Ector County Courthouse
300 N. Grant Ave. Rm. 305
Odessa, Texas 79761
MICHAEL.BLOCH@ectorcountytx.gov

**Attorney for Appellee**
**State of Texas**

/s/ M. Michele Greene
M. Michele Greene